**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE NORTON, | ) Case No. CV 15-01525-RGK (KES) |
| Petitioner, | ) |
| | ) **JUDGMENT** |
| vs. | ) |
| | ) |
| E. ARNOLD, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: 3/23/16

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE